IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DALEY REAL ESTATE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV422-267
)
VICTOR BONITO BESTER and )
JENNIFER LEIGH BESTER, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's November 16, 2022, Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 6) is **ADOPTED** as the Court's opinion in this case.

After the Magistrate Judge entered his report and recommendation, Defendant Jennifer Leigh Bester filed a Motion for Preliminary Injunction. (Doc. 7.) Nothing in Defendant's motion undermines the Magistrate Judge's recommendation that Defendants have not established this Court's subject matter jurisdiction over

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

this case. "[W]ithout jurisdiction, the Court cannot enter the requested injunctive relief." Blackout Ent., LLC v. Young King Records, Inc., No. 1:21-cv-05093-WMR, 2022 WL 463108, at *2 (N.D. Ga. Jan. 20, 2022) (citing Digit. Props., Inc. v. City of Plantation, 121 F.3d 586, 591 n.5 (11th Cir. 1997)). Defendant's motion is therefore **DENIED**. (Doc. 7.) This case is **REMANDED** to the State Court of Chatham County, Georgia.[2] (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of January 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] The Magistrate Judge noted that Defendants failed to clearly indicate whether she removed the case from the Magistrate Court or State Court of Chatham County, Georgia, in her notice of removal. (Doc. 6 at 1-2.) Documents attached to the motion for preliminary injunction clarify that the State Court of Chatham County, Georgia, had closed the dispossessory action appeal from the Magistrate Court in November 2022. (Doc. 7 at 7-9.)