AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DALEY REALESTATE,

Plaintiff,

v.

VICTOR BONITO BESTER; JENNIFER LEIGH BESTER,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-267

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on January 12, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, this case is remanded to the State Court of Chatham County, Georgia. This action stands closed.



January 12, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020